UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: LAWRENCE N. PETRICCA, SR.

FREDERICK HUTCHINGS,

    Appellant,

v.                                                                                  Case No: 2:14-cv-615-FtM-38

DIANE L. JENSEN,

    Appellee.
_____/

## ORDER[1]

This matter comes before the Court upon *Sua Sponte* Review of the File. The Appellant, Frederick Hutchings originally filed to proceed with his appeal *in forma pauperis* (IFP) on September 8, 2014. Hutchings filed his Notice of Appeal and Motion to Proceed IFP with the Bankruptcy Court. In Re: Petricca, 9:08-bk-16204 (Doc. #472). The Bankruptcy Judge denied his initial IFP motion because he failed to submit any documentation to support his Motion and because he had represented to the Bankruptcy Court that he possessed assets with which to purchase property being sold by the Bankruptcy Trustee. He filed an appeal to this Court to overrule the Bankruptcy Court's denial which was also denied. He appealed this Court's denial to the Eleventh Circuit,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

which denied his Motion to Proceed IFP without prejudice.  Hutchings subsequently paid his filing fee on February11, 2015, and on April 10, 2015, he filed the relevant bankruptcy record (Doc. #18) with the Court.

Pursuant to Fed. R. Bk. P. 8009, an Appellant has fourteen (14) days after Notice of Appeal has been issued to file a brief with the District Court. The Notice of Appeal was initially filed on October 14, 2014, but due to the procedural issues involving the Appellant's IFP status no briefing schedule was issued.

The Appellant filed his second Amended Notice of Appeal (Doc. #18-1) on April 10, 2015.  The Appellant Hutchings' brief appealing the decision of the Bankruptcy Judge's Order (Doc. #469) denying his objections to: (1) the Trustee's Report of the Sale (Doc. #459); (2) the Report of Sale and the Motion to Remove R.A. Realty Trust from the Sale (Doc. #462); and (3) the Motion to Disqualify Attorney Israel Sanchez, Jr. and Legal Resolve, LLC's purchase of property belonging to the bankruptcy estate was due on April 25, 2015.  To date he has not filed his brief.  Therefore, Hutchings is directed to file his brief within the next fourteen (14) days or his appeal will be dismissed without further notice.

Accordingly, it is now

**ORDERED:**

1. The Appellant Fredrick Hutchings shall file his Brief Appealing the Decision of the Bankruptcy Judge (Doc. #469) in the underlying bankruptcy case 9:08-bk-16204 on or before **May 12, 2015**.

2. The Appellee Diane Jenson shall file her response on or before **May 27, 2015**.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of April, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record